DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STERLING GRINNON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0934

[August 6, 2026]

Appeal of order denying rule 3.850 from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John Joseph Parnofiello, Judge; L.T. Case No. 501995CF001839AXXXMB.

Stirling Grinnon, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

SHEPHERD, SHAW and LOTT, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***